UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KOBEAY SWAFFORD,

    Plaintiff,

v.                                Civil Action No. 1:24-cv-10509

RENTGROW, INC., and
DOES 1–10,

    Defendants.

**RENTGROW, INC.'S MOTION FOR**
**PROTECTIVE ORDER REGARDING RULE 30(b)(1) DEPOSITION NOTICES**

Defendant RentGrow, Inc. ("RentGrow"), by counsel, and pursuant to Fed. R. Civ. P. 26(c) and Local Rule 37.1, hereby moves this Court for a Protective Order with respect to the two Fed. R. Civ. P. 30(b)(1) depositions noticed by Plaintiff Kobeay Swafford ("Plaintiff"). The reasons for this motion are fully set forth in the accompanying memorandum of law, which is hereby incorporated by reference.

WHEREFORE, Defendant RentGrow, Inc. respectfully request that this Court enter an Order: (1) granting this Motion for a Protective Order; (2) limiting the two noticed Rule 30(b)(1) depositions to two hours; and (3) limiting the substantive scope of those depositions to the factual roles each witness played in Plaintiff's reporting/dispute.

*3/24/25*
*DENIED.*
*Patti B Saris*