UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KOBEAY SWAFFORD,**<br><br>    Plaintiff,<br><br>v.<br><br>**RENTGROW, INC.,**<br><br>    Defendant. | Civil Action No. 1:24-cv-10509-PBS |

### DEFENDANT RENTGROW, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant RentGrow, Inc. ("RentGrow") hereby moves for summary judgment in its favor on Plaintiff Kobeay Swafford's claims in his Amended Complaint (ECF 28) on the grounds that the undisputed facts show that RentGrow is entitled to judgment on each such claim as a matter of law.

The grounds for this Motion are set forth in the accompanying Memorandum in Support of RentGrow's Motion for Summary Judgment and the exhibits attached to the Affidavit of Timothy J. St. George in Support of RentGrow's Motion for Summary Judgment.

Further, pursuant to Local Rule 56.1, and for the convenience of the Court and the parties, RentGrow concurrently files a Statement of Undisputed Material Facts.

WHEREFORE, RentGrow respectfully requests that this Court grant its Motion for Summary Judgment.

### REQUEST FOR ORAL ARGUMENT

RentGrow hereby requests oral argument on its Motion for Summary Judgment.

Dated:  September 23, 2025 **RENTGROW, INC.**

*/s/ Timothy St. George, Esq.*
Timothy St. George, Esq. (admitted *pro hac vice*)
Noah J. DiPasquale (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Court
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
E-mail: timothy.st.george@troutman.com
           noah.dipasquale@troutman.com

Danni Shanel, Esq. (BBO #710378)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199
Telephone: (617) 204-5138
Facsimile: (617) 204-5150
E-mail: danni.shanel@troutman.com

*Counsel for Defendant RentGrow, Inc.*

## **RULE 7.1 CERTIFICATION**

I, Danni Shanel, hereby certify that counsel for Defendant conferred with counsel for Plaintiff on September 16, 2025, regarding the above-styled motion in a good faith effort to narrow the areas of dispute, but was unable to do so.

/s/ *Danni Shanel*
Danni Shanel

## **CERTIFICATE OF SERVICE**

I, Danni Shanel, hereby certify that on September 23, 2025, a true and correct copy of the foregoing was served via ECF filing, upon counsel of record.

/s/ *Danni Shanel*
Danni Shanel
