# EXHIBIT B

Page 1

1           UNITED STATES DISTRICT COURT

2                      for the

3              District of Massachusetts

4  **********************************************************

5  KOBEAY SWAFFORD,              )

6           Plaintiff,            )

7                                 )

8  -vs-                           )  Civil Action No.

9                                 )  1:24-cv-10509

10 RENTGROW, INC.,                )

11          Defendant.             )

12                                )

13 **********************************************************

14

15           ZOOM DEPOSITION OF LIZA JONES

16              12:08 PM to 12:38 PM

17               February 26, 2025

18               REMOTE DEPOSITION

19

20

21

22 Job No. VA 7185506

23         REPORTED BY:  Lisa Reinicke, Court Reporter

24

25

1  deposition today?
2       A    Unfortunately I did not know this deposition
3  was scheduled today.  So there has been no preparation.
4       Q    Okay.  Well, we'll see what we can do but that
5  may be an issue.  Take a look at these topics.  Do
6  you -- do you have knowledge of these -- the topics that
7  are listed here?
8       A    Yes, I'm familiar with those topics in
9  general, yes.
10      Q    Okay.  Okay.  Let's start with topic one, the
11 processes for maintaining files of criminal proceedings.
12           What's your familiarity with those processes
13 generally?
14      A    I'm somewhat familiar.  I mean, can you be a
15 little more specific?
16      Q    Sure.  Are case files maintained in a physical
17 format by the clerk of court?
18      A    Physical and digital, yes.
19      Q    Okay.  And what records would be included in
20 that record?
21      A    Typical things that are located in the court
22 file would be the bindover package from the district
23 court and any orders that are signed by the Court.
24 Electronic filings may or may not be included.
25      Q    What about notices of appeal?

1    A    Yes.  If we're in possession, yes, we'll
2    include those.
3    Q    Okay.  And does the Wayne County Clerk's
4    Office strive to maintain complete and accurate case
5    files?
6    A    Yes.
7    Q    Are you familiar with a register of actions?
8    A    Yes.
9    Q    And what is the register of actions?
10   A    The register of actions is basically the
11   history of what has occurred in the courtroom.  It
12   contains hearing types and a notation of the court clerk,
13   court reporter, and anything that may have occurred in
14   the courtroom.
15   Q    Okay.  Is it the official record of the docket
16   for the case; would that be a fair way to characterize
17   it?
18   A    Yes.
19        MR. FOK:  Objection, vague and ambiguous,
20   calls for expert opinion, calls for a legal conclusion.
21   BY MR. DiPASQUALE:
22   Q    Ms. Jones, I'm sorry, can you repeat your
23   answer?
24   A    Yes.
25   Q    And in a criminal case, would the register of

1   actions include the disposition for criminal charges?

2           MR. FOK:  Same objection.

3       A   Yes.

4   BY MR. DiPASQUALE:

5       Q   What's the process generally for updating the

6   register of actions?

7       A   Once the court session has concluded, the

8   court clerk will then start inputting into the case

9   management system or resulting what occurred in the

10  courtroom.

11      Q   Okay.  And what about after a final

12  disposition, what's the process for updating the register

13  of actions in that instance?

14          MR. FOK:  Objection, vague and ambiguous,

15  calls for a legal conclusion.

16      A   It's the same process.

17  BY MR. DiPASQUALE:

18      Q   Okay.  Now, when a case is appealed from the

19  county court, does the appellate court send notice of

20  that to the county court under general standard

21  processes?

22      A   To my knowledge, yes.

23      Q   Would the appellate court send notice of the

24  outcome of the appeal?

25      A   Yes.

```
 1   BY MR. DiPASQUALE:
 2        Q    Do you know if it's by mail?
 3        A    I think so, but I don't know for sure.
 4        Q    All right.  Now, based on those processes in
 5   the case of a criminal conviction that's appealed, should
 6   a record of the ultimate outcome of that appeal be
 7   transmitted to the Wayne County courts?
 8        A    Yes.
 9        Q    And under standard processes, would the Wayne
10   County Clerk's Office then include a notation regarding
11   that ultimate outcome on the register of actions for the
12   case?
13        A    Yes.
14        Q    And would that then be entered digitally into
15   the official system of record as well?
16        A    Yes.  Now they are, yes.
17        Q    Okay.  And when did that begin?
18        A    I would say maybe -- I can't recall the exact
19   date.  Sometime within the last -- for sure six months.
20   But it may have been earlier.  I'm not sure.
21        Q    Okay.  When you're talking about now they are,
22   you mean being entered into the digital.  What's the
23   change of process that you're identifying there?
24        A    Right now they're being efiled into the
25   register of actions.  Prior to that, I believe they were
```

Page 15

1  forwarded to the courtrooms.
2      Q    Okay.  And then from that point they would be
3  entered into the register of actions?
4      A    Yes, if we had -- if we were in receipt of it,
5  yes.
6      Q    Okay.  And does the clerk of court also send
7  notice of the ultimate disposition to the Michigan State
8  Police?
9      A    Yes.
10     Q    Okay.  Do you know what the processes are that
11 are involved for that notice?
12     A    Once a record is made in the courtroom and an
13 order is produced that order should be brought down to
14 the clerk's office court services for reporting to MSP.
15     Q    Okay.  So going back to this exhibit, moving
16 to topic 2, which is the processes for maintenance and
17 publication of all records of court proceedings -- and
18 you'll see here mentions of the Odyssey Public Access
19 System.
20          Are you familiar with the Odyssey Public
21 Access System?
22     A    I know it exists.  But I'm not familiar.  I've
23 looked at it.
24     Q    Okay.  But do you know generally what it is?
25     A    Yes.