# EXHIBIT C

11/22/24, 12:11 PM    Case 1:24-cv-10509-PBS    Document 78-3    Filed 09/23/25    Page 2 of 4
cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=120369
Skip to Main Content Logout My Account Search Menu New Case Search Refine Search  Back   Location : Criminal Cases   Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Appellate Attorney** | Bunting, Lawrence J. | |
| **Defendant** | Swafford, Kobeay Quran | Craig A. Daly<br>Court Appointed<br>(248) 439-0132(W) |
| **Plaintiff** | State of Michigan | Frank J. Bernacki<br>(734) 455-5409(W) |

### CHARGE INFORMATION

**Charges: Swafford, Kobeay Quran**

| | | Statute | Level | Date |
|---|---|---|---|---|
| 1. | Homicide - Murder First Degree - Premeditated | 750316-A | . | 04/12/2004 |
| 2. | Assault With Intent to Murder | 75083 | . | 04/12/2004 |
| 3. | Weapons Felony Firearm | 750227B-A | . | 04/12/2004 |
| 4. | Homicide - Murder First Degree - Premeditated | 750316-A | . | 04/12/2004 |
| 5. | Assault With Intent to Murder | 75083 | . | 04/12/2004 |
| 6. | Weapons Felony Firearm | 750227B-A | . | 04/12/2004 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

10/06/2005 **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)
   3. Weapons Felony Firearm
      Defendant Stand Mute: Plea of Not Guilty Entered by Court
   1. Homicide - Murder First Degree - Premeditated
      Defendant Stand Mute: Plea of Not Guilty Entered by Court
   2. Assault With Intent to Murder
      Defendant Stand Mute: Plea of Not Guilty Entered by Court

09/12/2007 **Disposition** (Judicial Officer: Hathaway, Michael M.)
   3. Weapons Felony Firearm
      Dismissed
   6. Weapons Felony Firearm
      Found Guilty by Jury
   1. Homicide - Murder First Degree - Premeditated
      Dismissed
   4. Homicide - Murder First Degree - Premeditated
      Found Guilty by Jury
   2. Assault With Intent to Murder
      Dismissed
   5. Assault With Intent to Murder
      Found Guilty by Jury

09/27/2007 **Sentence** (Judicial Officer: Hathaway, Michael M.)
   6. Weapons Felony Firearm
      Condition - Adult:
         1. Adult Criminal Sentence, 176DCR 09/27/2007, Active 09/27/2007
      State Confinement:
         Agency: Michigan Department of Corrections
         Effective 9/27/2007
         Term: 2 Yr 0 Mo 0 Days to 2 Yr 0 Mo 0 Days
   4. Homicide - Murder First Degree - Premeditated
      Condition - Adult:
         1. Adult Criminal Sentence, CONCUR AND CONSEC 09/27/2007, Active 09/27/2007
   5. Assault With Intent to Murder
      Condition - Adult:
         1. Adult Criminal Sentence, CONC AND CONSEC 09/27/2007, Active 09/27/2007
      SGL Range (Minimum 135 Months, Maximum 225 Months)
      State Confinement:
         Agency: Michigan Department of Corrections
         Effective 9/27/2007
         Term: 15 Yr 0 Mo 0 Days to 30 Yr 0 Mo 0 Days

**OTHER EVENTS AND HEARINGS**

04/12/2004 Recommendation for Warrant
04/13/2004 Warrant Signed

| Date | Event |
|---|---|
| 10/06/2005 | **Arraignment On Warrant**  (9:00 AM) (Judicial Officer Barthwell, Sidney, Jr.) |
| | Parties Present |
| | Result: Held |
| 10/06/2005 | **Interim Condition for Swafford, Kobeay Quran** |
| | - Remand |
| 10/18/2005 | **Motion for a Continuance Filed/Signed** |
| 10/18/2005 | **Signed And Filed** |
| 10/18/2005 | **Preliminary Exam**  (9:00 AM) (Judicial Officer O'Banner-Owens, Jeanette) |
| | Parties Present |
| | Result: Adjourned:At The Request Of The Prosecution |
| 10/27/2005 | **Motion To Assign Counsel Filed/Signed** |
| 10/27/2005 | **Bound Over** |
| 10/27/2005 | **Preliminary Exam**  (9:00 AM) (Judicial Officer O'Banner-Owens, Jeanette) |
| | Parties Present |
| | Result: Held: Bound Over |
| 10/31/2005 | **Trial Docket** |
| 10/31/2005 | **Filed** |
| 10/31/2005 | **Case Assignment to AOI Docket** |
| 11/03/2005 | **Arraignment On Information**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Held |
| 11/03/2005 | **Calendar Conference**  (9:05 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Held |
| 11/03/2005 | **Disposition Conference**  (9:35 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Held |
| 12/08/2005 | **Final Conference**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Held |
| 12/20/2005 | **Motion To Dismiss For Failure To Proceed In A Timely Manner** |
| 12/20/2005 | **Filed** |
| 01/13/2006 | **Motion Hearing**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Adjourned:At The Request Of The Prosecution |
| 01/19/2006 | **Motion Hearing**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Adjourned:At The Request Of The Defense |
| 01/26/2006 | **Case Dismissed - Order Signed and Filed** |
| 01/26/2006 | **Motion To Dismiss For Failure To Proceed In A Timely Manner** |
| 01/26/2006 | **Heard And Granted** |
| 01/26/2006 | **Final Conference**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | 01/20/2006 Continued to 01/24/2006 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran |
| | 01/24/2006 Continued to 01/26/2006 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran |
| | Result: Held |
| 02/15/2006 | **Claim Of Appeal (Circuit)** |
| 02/15/2006 | **Filed** |
| 02/15/2006 | **Notice Of Filing Claim Of Appeal By The Prosecutor (Circuit)** |
| 02/15/2006 | **Filed** |
| 02/28/2006 | **Transcript Of Arraignment On Information** |
| 02/28/2006 | **Filed** |
| 02/28/2006 | **Transcript** |
| 02/28/2006 | **Filed** |
| 03/22/2006 | **Appellate Counsel Appointed Signed and Filed** |
| 03/22/2006 | **Filed** |
| 03/27/2007 | **Appellate Court Decision; Reverses Lower Court** |
| 04/06/2007 | **Pre-Trial**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | 01/26/2006 Continued to 04/06/2007 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran |
| | Result: Held |
| 04/06/2007 | **Interim Condition for Swafford, Kobeay Quran** |
| | - Remand |
| 05/11/2007 | **Final Conference**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Held |
| 07/12/2007 | **Pre-Trial**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Held |
| 07/30/2007 | *CANCELED*   **Jury Trial**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | *Case Disposed/Order Previously Entered* |
| | Parties Present |
| | Result: Not Held And/Or Disposed |
| 08/10/2007 | **Final Conference**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |

RG_000964

| | |
|---|---|
| | Result: Adjourned:At The Request Of The Prosecution |
| 08/28/2007 | **Motion To Dismiss The Case** |
| 08/28/2007 | **Denied - Order Signed and Filed** |
| 08/28/2007 | **Final Conference**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | *08/24/2007 Continued to 08/28/2007 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran* |
| | Result: Held |
| 08/28/2007 | **Motion Hearing**  (9:05 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | Result: Held |
| 09/10/2007 | **Motion To Withdraw As Attorney** |
| 09/10/2007 | **Denied - Order Signed and Filed** |
| 09/10/2007 | **Jury Trial**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | Result: In Progress |
| 09/11/2007 | **Jury Trial**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | Result: In Progress |
| 09/12/2007 | **Order For DNA Sample - Signed and Filed** |
| 09/12/2007 | **Signed And Filed** |
| 09/12/2007 | **Motion For A Directed Verdict Of Not Guilty** |
| 09/12/2007 | **Heard And Denied** |
| 09/12/2007 | **Jury Trial**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | Result: Held |
| 09/12/2007 | **Found Guilty By Jury** (Judicial Officer: Hathaway, Michael M. ) |
| 09/27/2007 | **Sentencing**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | Result: Held |
| 09/28/2007 | **Motion To Assign Counsel Filed/Signed** |
| 09/28/2007 | **Post Conviction**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | Result: Held |
| 10/12/2007 | **Post Conviction**  (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | [Parties Present] |
| | Result: In Progress |
| 11/05/2007 | **Motion** |
| 11/05/2007 | **Motion/Request Not Requiring Hearing For** |
| 04/03/2008 | **Motion To Reconsider** |
| 04/10/2009 | **Order Signed and Filed** (Judicial Officer: Boykin, Ulysses W. ) |
| 01/07/2010 | **Order Signed and Filed** (Judicial Officer: Ewell, Edward, Jr. ) |

RG_000965