# EXHIBIT F

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

KOBEAY SWAFFORD, as an
individual,

          Plaintiff,

          vs.

RENTGROW, INC., and DOES 1-10
inclusive,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.** 1:24-cv-10509-PBS

## DEPOSITION OF
JOSEPH DAVIDSON

**DATE:**        Monday, March 3, 2025

**TIME:**        10:05 AM  to  12:27 PM

**REPORTER:**  Caitlin Mohnike, CSR No. 14753

## VIA REMOTE VIDEO TECHNOLOGY



**Hines**
**Reporters**

**INTERNATIONAL TOWER**
**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**
**866.432.4300**

**LOS ANGELES   *   SAN FRANCISCO   *   SAN DIEGO**

1        UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF MASSACHUSETTS

3

4   KOBEAY SWAFFORD, as an        )
    individual,                   )
5                                 )
             Plaintiff,           )
6                                 )
        vs.                       )      Civil Action No.
7                                 )      1:24-CV-10509-PBS
    Rentgrow, Inc., and DOES      )
8   1-10 inclusive,               )
                                  )
9            Defendants.          )
    _____)

10

11

12      *NON-CONFIDENTIAL REDACTED TRANSCRIPT*

13

14

15             DEPOSITION OF

16           JOSEPH DAVIDSON

17

18

19       MONDAY, MARCH 3, 2025

20

21       10:05 A.M.

22

23    VIA REMOTE VIDEO TECHNOLOGY

24

25

1   four topics that are listed on page 5 of this document.

2          Do you see those topics?

3      A.   I do.

4      Q.   And are you prepared to testify to those

5   topics today on behalf of Cleara?

6      A.   I am.

7      Q.   Okay.  Great.

8          Let me ask -- I want to understand a little

9   bit more about what Cleara does as a business and how it

10  operates.  And what I thought would be helpful is to ask

11  you some high-level questions and then look at some of

12  the materials that Cleara publishes about itself.  So

13  let me first understand a little bit more about Cleara.

14         For its business model, does Cleara obtain

15  records of public court proceedings?  Is that a type of

16  information that Cleara gets?

17              MR. FOK:  Objection.  Form.

18              THE WITNESS:  It is.

19  BY MR. ST. GEORGE:

20     Q.   And does Cleara get records of newly filed

21  cases as well as updates to existing cases?

22     A.   We do.

23              MR. FOK:  Objection.  Vague and ambiguous.

24  BY MR. ST. GEORGE:

25     Q.   And is it Cleara's goal to get updates to

1    existing records when those updates are made available

2    by a government entity?

3              MR. FOK:  Objection.  Vague.  Ambiguous.

4              THE WITNESS:  It is.

5    BY MR. ST. GEORGE:

6        Q.  And has Cleara developed policies and

7    procedures to try and ensure that the records it gets

8    are updated and as complete and up-to-date as possible?

9              MR. FOK:  Objection.  Vague and ambiguous.

10             THE WITNESS:  We have the understanding that

11   updates are made through electronic bulk file access

12   made available by those sources.

13   BY MR. ST. GEORGE:

14       Q.  Okay.  So understood about the manner in which

15   those records are avail- -- made available, but can you

16   describe for me the policies and procedures and the

17   processes that Cleara does use to get records and

18   updates for records when they are made available?

19             MR. FOK:  Objection.  Vague and ambiguous.

20             THE WITNESS:  Sure.  At a high level --

21   because there are many sources, but at a high level, we

22   will work with the -- the providing agency, be it a

23   Department of Corrections or an administrative office of

24   the courts or what -- what have you.  We will work with

25   them to identify what basis, what cadence, they are

1    willing to provide the data.  The most common is

2    monthly.  We will acquire the data as frequently as they

3    will make it available.  We have policies and guidelines

4    around the quality control of that data.  Policies

5    around loading the data and regression testing that

6    data, once it's been received and loaded, prior to

7    making it available to our clients.

8        Q.   So data is obtained by Cleara and passes the

9    processes that you described, will that information --

10   that be loaded into Cleara's database?

11       A.   It will be.

12       Q.   And how many different sources -- again, a

13   rough estimate -- of information feed into Cleara's

14   database?

15           MR. FOK:  Objection.  Vague and ambiguous.

16           THE WITNESS:  Roughly 1,500.

17   BY MR. ST. GEORGE:

18       Q.   And has Cleara had to cultivate relationships

19   with those different sources of information in order to

20   acquire the information that goes into Cleara's

21   database?

22       A.   Yes.

23       Q.   And how long has Cleara been maintaining that

24   database that you're describing?  The entire time that

25   it's been in operation?

1    A.   Yes.  Minus the first six months, in which we

2  were building the infrastructure.

3    Q.   And what was happening during that six-month

4  period?

5    A.   At a high level -- well, we were building the

6  infrastructure, which is setting up the technology,

7  setting up the servers in which the data was stored.

8         At the same time, we were working with

9  agencies, with -- with courts, with Departments of

10  Correction to obtain the data, build the normalization

11  routines.  At -- at a high level, that's, you know,

12  ballpark what we were doing those first six months,

13  basically building the business.

14    Q.   And do you have any estimate as to the number

15  of employee man-hours that you would say have gone into

16  building and maintaining that database?

17    A.   Thousands over the seven years and -- and

18  multiple people.  I would have to -- I -- I would have

19  to run some calculations, but definitely thousands of

20  hours.

21    Q.   And how about the cost that Cleara has

22  extended in order to acquire the data that's in its

23  database, do you have any estimate of how much money it

24  would have taken Cleara to acquire that information?

25         MR. FOK:  Objection.  Vague and ambiguous.

1   Relevance.

2          THE WITNESS:  So our average data expenditure,

3   which is not excluding headcount, this is simply the --

4   the -- the checks that we write to the Departments of

5   Correction, courts, the sources, is roughly half a

6   million dollars a year.

7          The first year because it was a start-up and

8   the files are larger and a lot of sources charge more

9   for startup data, we were looking at about 1.5 million.

10  So if you do the math, I would say roughly 5 million in

11  data expenditures.  And then you've got the headcount,

12  which you're probably looking at another million dollars

13  a year in headcount dedicated to data.  Not total

14  headcount, just the headcount that are dedicated to

15  data.

16  BY MR. ST. GEORGE:

17     Q.   Now, I want to show just a couple examples of

18  some statements that Cleara publishes on its own website

19  and get your reaction to the statements.

20          So what I'm gonna have marked as Exhibit 2 is

21  the -- Cleara's home page.

22          (DEFENDANT'S Exhibit 2 was marked

23          for identification by the court

24          reporter and a copy is attached

25          hereto.)

 1   BY MR. ST. GEORGE:

 2        Q.    All right.  And so generally the process that

 3   would have been applied to this record based on the

 4   policies that you've described would've been some

 5   combination of online research, calling the court clerk,

 6   or sending a court runner?

 7        A.    Correct.

 8        Q.    And are you able to tell, or do you have

 9   knowledge, from Cleara's records what specific process

10   was used in this instance to investigate Mr. Swafford's

11   dispute.

12        A.    We -- we did a couple things.  We definitely

13   triggered a phone call to Wayne County and, in addition

14   to that -- and -- and I -- I don't remember the order of

15   operations.  We also pulled what is called a Michigan

16   iChat report.  Don't ask me what iChat stands for,

17   criminal history something.  But it's a state -- the

18   point is it is a Michigan State Police report and I

19   believe the official repository of Michigan's criminal

20   information.  But I -- I don't want to say that I know

21   that for positive, but that's my understanding.  We also

22   pulled one of those reports to -- to see what

23   information the state police maintain.

24        Q.    And so your testimony on behalf of Cleara is

25   that one step would have been to call the Wayne County

1  court clerk in order to inquire about another claim

2  dismissal of the criminal records?

3       A.    Yes, correct.

4       Q.    And then another step would have been to go to

5  the Michigan State Police and their iChat records to

6  pull the record and see whether or not the Michigan

7  State Police record reflected any dismissal?

8       A.    Correct.

9       Q.    Okay.  All right.  And what was the outcome of

10 those investigation efforts by Cleara for Mr. Swafford?

11      A.    There were some changes to the actual wording

12 of the offense descriptions, but both our call and our

13 iChat report did still show three charges.  I'm --

14 I'm -- I'm pretty positive it was three charges in which

15 he was found guilty.

16           MR. ST. GEORGE:  And let me show you

17 Exhibit 5.  You mentioned an iChat record.  So I'm

18 showing you what's been marked as Exhibit 5 an iChat

19 Internet Criminal History Access Tool from the Michigan

20 State Police.

21           (DEFENDANT'S Exhibit 5 was marked

22           for identification by the court

23           reporter and a copy is attached

24           hereto.)

25

1    the iChat report, so we were updating it to reflect

2    pretty much exactly what was found on that iChat report.

3        Q.   And so in connection with its investigation of

4    the dispute, did Cleara see any indication that the

5    charges that were being disputed by Mr. Swafford had

6    been dismissed?

7        A.   It did not.

8        Q.   And to the contrary, did Cleara see in its

9    investigation evidence that Mr. Swafford had been

10   convicted by a jury with respect to each of the three

11   offenses that he was disputing?

12       A.   Yes.

13       Q.   And in connection with -- with disputes,

14   Mr. Davidson, sitting here today, are you aware of any

15   disputes coming out of records reported by the Michigan

16   DOC where someone was identified as having been

17   convicted of murder and where Cleara's research found

18   that that was inaccurate?

19            MS. CHESNEY:  Objection to form.

20            You can answer.

21            THE WITNESS:  No.  I'm unaware of any such

22   case.

23   BY MR. ST. GEORGE:

24       Q.   All right.  So let me turn to the 2024

25   screening.  And you testified earlier that RentGrow

Deposition of Joseph Davidson

 1   submitted a search to Cleara about Mr. Swafford in 2024

 2   and then Cleara identified certain records back to

 3   RentGrow at that time as well; right?

 4        A.   Correct.

 5        Q.   Okay.  And as of March 2024, was Cleara

 6   obtaining records of criminal charges and convictions

 7   from the Wayne County Circuit Court?

 8        A.   Yes.

 9        Q.   And do you know how often those records were

10   being provided to Cleara as of March 2024?

11        A.   Monthly.

12        Q.   And what was the process Cleara used for the

13   Wayne County Circuit Court records?  Was it also a full

14   file replacement or was it something else?

15        A.   No.  Wayne County provides just what we call

16   an update file, and that update file consists of new

17   cases, changes to old cases.

18        Q.   Okay.  So what happens with -- in Cleara when

19   it gets an update file from the Wayne County Circuit

20   Court?

21        A.   So unlike a full dump file where we do

22   red/green, since it's not doing a full replacement, we

23   will have a copy.  So think of red/green now as being

24   identical, like, quite literally identical.  We will

25   then apply the updates to the red, so new cases will be

1  written to that table, updates will be applied to those

2  records in which there was an update received.  We will

3  do our regression testing, we will do additional

4  analysis, input analysis.  And once it passes, again, it

5  will flip to green.  And now the old data, the

6  un-updated data, will be red, and that will be

7  maintained for 90 days in a -- basically in a static

8  form and then purged.

9       Q.   Okay.  So based on the process that you

10  described, if an update to a record is provided by the

11  Wayne County Circuit Court, will that update be appended

12  to a case record by Cleara?

13       A.   Yes.

14       Q.   And at the time that Cleara is identifying

15  records to its customers that originated from the Wayne

16  County Circuit Court, is Cleara identifying the most

17  recent version of the record that has been identified by

18  the Wayne County Circuit Court at that time?

19       A.   To be clear, we're not identifying records.

20  We are utilizing and applying the client's provided PII

21  as well as their matching logic, but if it matches all

22  of that, yes.  We are pulling from the -- the green or

23  most updated data, yes.

24       Q.   Based on your work and the processes that have

25  been applied to, or the processes, I should say, that

1  were applied to the Michigan DOC records, did Cleara

2  ever develop any concern that any data that it was

3  getting from the Michigan DOC was inaccurate or

4  outdated?

5      A.   No.

6      Q.   And based on the processes that Cleara has

7  been applying to the Wayne County Circuit Court

8  information, has Cleara ever developed any concerns that

9  the information coming from the Wayne County Circuit

10  Court is inaccurate or outdated?

11      MR. FOK:   Objection.   Vague and ambiguous.

12  Calls for expert opinion, legal conclusion.

13  BY MR. ST. GEORGE:

14      Q.   And if the Wayne County Circuit Court had

15  identified a case as having been dismissed, would that

16  information have been loaded into Cleara's database for

17  that record?

18      A.   Yes.

19      Q.   Now --

20      MS. CHESNEY:   And when you get to a -- a

21  natural breaking spot, would you mind if I just took a

22  moment?

23      MR. ST. GEORGE:   Sure.   I do not have very

24  much long -- longer left.   Is five minutes okay for you?

25      MS. CHESNEY:   Sure, that's fine.   Thank you.