# EXHIBIT J

 

Information Provided

```
Name                : Kobeay Quaran Swafford
Date of Birth       : Sep 07, 1974
Gender              : Unknown
Race                : Unknown/Other
Reason              : Housing
Amount Paid         : $10.00
Order Date          : 11/12/2024 12:07:40 PM
Miscellaneous No    :
```

Based on the information provided, the following is a result of a search of the Michigan State Police criminal history files as of 11/12/2024 12:07:40 PM:

### Important: Information Contained in this Record

THE RECORD RESULT PROVIDED IS BASED ON A DATA MATCH AS EXPLAINED ON THE ICHAT HOME PAGE. THE ICHAT SYSTEM HAS LIMITATIONS THAT MAY CAUSE FALSE POSITIVES OR FALSE NEGATIVES. PLEASE REVIEW THE RESULTS CAREFULLY AND DO NOT TAKE ADVERSE ACTION BASED SOLELY ON THIS RECORD. IF YOU CANNOT DETERMINE THESE RESULTS DO NOT BELONG TO THIS INDIVIDUAL, AND THE INDIVIDUAL IS DISPUTING THE RECORD, PLEASE PROVIDE THAT INDIVIDUAL WITH A COPY OF THIS REPORT AND OFFER THAT INDIVIDUAL THE OPPORTUNITY TO PERFORM A RECORD CHALLENGE BY SUBMITTING FINGERPRINTS. THE PROCEDURES ARE EXPLAINED AT THE BOTTOM OF THIS PAGE. SINCE ARREST CONVICTIONS, OR CRIMINAL RECORD DELETIONS MAY OCCUR AT ANY TIME, DO NOT USE THIS INFORMATION FOR FUTURE CLEARANCES.

```
MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID: 2612580T AS OF 11/12/2024

   NAM: SWAFFORD,KOBEAY QURAN                          SID: 2612580T
   RAC: B          SEX: M         DOB:      /1974
   HGT: 508        WGT: 195       HAI: BLK
   EYE: BRO        POB: MI
                                                MNU:

   CIZ:




   ADDITIONAL IDENTIFIERS AND COMMENTS:

======================================================================
CRIMINAL TRACKING NUMBER: 820440903401         INCIDENT DATE: 10/05/2005
TCN/OCA: A105560308T/620242
NAME USED: SWAFFORD,KOBEAY QURAN
======================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================  : ======================  : ======================
DATE: 10/05/2005        : DATE: 10/05/2005        : DATE: 01/26/2006
MI8234900               : MI820013A               : MI821095J
DETROIT POLICE          : WAYNE COUNTY            : 3RD CIRCUIT COURT
  DEPARTMENT            :   PROSECUTING ATTORNEY  :   CRIMINAL DIV
OCA: 620242             : 1 CNT MCL 750.316-A     : CFN: 0501089701
1 CNT OF 0900           :   FELONY                :
  FELONY                :   HOMICIDE - MURDER     : CNT-4 MCL 750.316-A
  HOMICIDE              :   FIRST DEGREE          :   FELONY
DISP: CHGD BY PROSECUTOR:   PREMEDITATED          :   HOMICIDE - MURDER
                        :                         :   FIRST DEGREE
                        :                         :   PREMEDITATED
                        :                         : DISP: FOUND GUILTY
                        :                         : SENT/REMARKS:
                        :                         : PRISON SENTENCE
                        :                         :
                        :                         : CNT-5 MCL 750.83
                        :                         :   FELONY
                        :                         :   ASSAULT WITH INTENT
                        :                         :   TO MURDER
                        :                         : DISP: FOUND GUILTY
                        :                         : SENT/REMARKS:
                        :                         : PRISON SENTENCE
                        :                         :
                        :                         : CNT-6 MCL 750.227B-A
                        :                         :   FELONY
                        :                         :   WEAPONS FELONY FIREARM
                        :                         : DISP: FOUND GUILTY
                        :                         : SENT/REMARKS:
                        :                         : PRISON SENTENCE
======================================================================
                                               INCIDENT DATE: 03/15/2007
TCN/OCA: AM07074020K/07-13554
NAME USED: SWAFFORD,KOBEAY QURAN
======================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================  : ======================  : ======================
DATE: 03/15/2007        : NO DATA RECEIVED        : NO DATA RECEIVED
MI5080600               :                         :
WARREN POLICE DEPARTMENT:                         :
OCA: 07-13554           :                         :
1 CNT OF 5400           :                         :
  ORDINANCE VIOL        :                         :
  TRAFFIC OFFENSE       :                         :
DISP: CHGD BY PROSECUTOR:                         :
======================================================================
DISSEMINATION OF CRIMINAL HISTORY RECORD INFORMATION (CHRI) VIA THE INTERNET

  DATE PRINTED:11/12/2024                 Page 2
```

```
CRIMINAL HISTORY ACCESS TOOL IS IN COMPLIANCE WITH MICHIGAN COMPILED LAW
(MCL) 28.242a, WHICH STATES THAT ALL CHRI THAT IS SUPPORTED BY BIOMETRIC DATA
SHALL BE DISSEMINATED IN RESPONSE TO A NAME-BASED SEARCH OF THE CHRI DATABASE,
UNLESS THE CHRI IS NONPUBLIC (AS DEFINED BY MCL 769.16a) OR OTHERWISE
PROHIBITED BY LAW FROM BEING DISSEMINATED.
PURPOSE CODE USED NOT FORWARDED TO NCIC III
END MSG.
</MESSAGEDATA>
```

RG_000961

 

PROCEDURES FOR CORRECTING A RECORD

THE STEPS FOR CORRECTING A MISTAKEN OR INACCURATE RECORD ARE AS FOLLOWS:

1. WRONG PERSON - RECORDS THAT DO NOT BELONG TO THE INDIVIDUAL WHOSE NAME HAS BEEN SEARCHED

- IF THE INDIVIDUAL BELIEVES THAT THE RECORD DOES NOT BELONG TO HIM OR HER, THE INDIVIDUAL SHOULD GO TO THE NEAREST LAW ENFORCEMENT AGENCY AND REQUEST TO BE FINGERPRINTED ON A STATE APPLICANT FINGERPRINT CARD FOR THE PURPOSES OF "RECORD CHALLENGE"; CALL AHEAD TO VERIFY FEES AND/OR SERVICE HOURS. THERE IS NO CHARGE FOR SUCH FINGERPRINTING IF IT IS DONE AT A MICHIGAN STATE POLICE POST.

- THIS CARD SHOULD BE MAILED TO THE CRIMINAL JUSTICE INFORMATION CENTER WITH A COPY OF THIS RECORD AND A LETTER REQUESTING THE CRIMINAL JUSTICE INFORMATION CENTER TO VERIFY THAT THE ENCLOSED CRIMINAL RECORD DOES NOT BELONG TO HIM/HER. THERE IS NO FEE. THE ADDRESS IS:

    MICHIGAN STATE POLICE -- CJIC
    ATTN: RECORD CHALLENGE
    P.O. BOX 30634
    LANSING, MI 48909

2. RIGHT PERSON - INACCURATE, INCOMPLETE, OR OUT-OF-DATE INFORMATION

- SOMETIMES RECORDS CONTAIN REPORTING ERRORS. FOR EXAMPLE, THE NATURE OR DATE OF THE CONVICTION WAS REPORTED INCORRECTLY, OR THE RECORD CONTAINS A CONVICTION THAT SHOULD HAVE BEEN REMOVED FROM THE RECORD.

- IN SUCH CASES THE INDIVIDUAL SHOULD OBTAIN CERTIFIED COPIES OF THE COURT JUDGEMENT OR OTHER DOCUMENTS WHICH SHOW THAT THE INFORMATION CONTAINED ON THE CRIMINAL RECORD IS INCORRECT. IF THE PROOF PROVIDED IS SATISFACTORY, THE MICHIGAN STATE POLICE WILL MODIFY THE RECORD ACCORDINGLY. YOU MAY SEND THE DOCUMENTS TO:

    MICHIGAN STATE POLICE -- CJIC
    ATTN: CRIMINAL HISTORY RECORD CORRECTION
    P.O. BOX 30634
    LANSING, MI 48909

RG_000962