# EXHIBIT N

| | |
|---|---|
| **From:** | K S <kobeayswafford424@gmail.com> |
| **Sent:** | Monday, August 28, 2023 7:14 PM |
| **To:** | RS_ApplicantInformation |
| **Subject:** | Dispute |

**This Message Is From a New Sender**

You have not previously corresponded with this sender. Do not reply with sensitive information, click links, or download attachments unless you recognize the sender and know the content is safe.

Report Suspicious

Hello
 I am requesting a dispute form about the charges shown on my background check.
 Attached, are certified legal documents of the dismissal that proves the charges in Michigan are shown in error.  I am sending it in advance in the hope that it's reviewed and that the issue can be resolved in a timely manner. I thank you for your assistance in this matter!

 **_ks.pdf**

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | DOCUMENT CERTIFICATION | CASE NO. 05-010897-01-FC |
|---|---|---|

ORI MI-    821095J    Court address    1441 St. Antoine – Detroit, MI 48226    Courtroom    Court Telephone No.    313-224-2417

STATE OF MICHIGAN
COUNTY OF WAYNE,    } §
CITY OF DETROIT

I,   CATHY M. GARRETT                                    , Clerk of the Third Judicial Circuit Court
do hereby certify that the foregoing is currently taken and copied from the original record in the case of
People vs.   Kobeay Quran Swafford                    CASE NO.   05-010897-01-FC
now remaining in my office, and of record in said Court, and that the same has been examined and compared by me with the
original of said record in said cause, and that it is a correct transcript there from, and of the whole of such original record.

**In Testimony Whereof,** I have hereunto set my hand and affixed

the seal of said Court, this    4th

day of    January            in the year two

thousand and    twenty two



**Cathy M. Garrett**    Clerk

Per _____

NeCoiya Darden                    / Deputy Clerk

1500-3CC  (08/2007)  Document Certification

CONFIDENTIAL                    RG_0304

Approved, SCAO

White - Court          Pink - Defendant
Canary - Prosecutor    Gold-Defendant's Attorney

| STATE OF MICHIGAN<br>THIRD JUDICIAL COURT<br>CRIMINAL DIVISION | ORDER OF<br>ACQUITTAL/DISMISSAL<br>OR REMAND | CASE NO.<br>OS-10897 |
|---|---|---|

ORI<br>MI-                    Court Address                                                    Court Telephone Number

| THE PEOPLE OF | ☑ The State of Michigan<br>☐ _____ | v | Defendant's name, address, and telephone no.<br>Kobeay Swafford |
|---|---|---|---|

CTN              SID              DOB<br>9-7-74

| Count | CRIME | CHARGE CODE(S)<br>MCL citation/PACC Code |
|---|---|---|
| 1 | Murder 1 | 750316-A |
| 2 | ADW | 75083 |
| 3 | Felony firearm | 750227B-A |

**IT IS ORDERED:**

☐ 1. The case is dismissed on the motion of the court  ☒ with  ☐ without   prejudice.

☐ 2. The defendant's motion for dismissal is granted   ☐ with  ☐ without   prejudice and the case is dismissed.

☐ 3. The defendant's motion for dismissal is granted in part   ☐ with  ☐ without   prejudice and the following charge(s)

   is/are dismissed: _____

   _____

☐ 4. Defendant is acquitted on all charge(s) in this case after trial by   ☐ judge  ☐ jury.

☐ 5. Defendant is acquitted after trial by   ☐ judge  ☐ jury   only on the following charge(s):

   _____

   _____

☐ 6. Defendant shall be immediately discharged from confinement in this case.

☐ 7. Bond is canceled and shall be returned after costs are deducted.

☐ 8. Bond/bail is continued on the remaining charge(s).

☐ 9. The case is remanded to the _____ district court for further proceedings for the following reasons:

_____1/26/06_____          _____          _14744_
Date                              Judge                            Bar No.

If item 1, 2, or 4 is checked, the clerk of the court shall send a photocopy of this order to the Michigan State Police Central
Records Division to create a criminal history record as required under MCL 769. 16a.

MC 262  (3/03) sls    **ORDER OF ACQUITTAL/DISMISSAL OR REMAND**
CONFIDENTIAL                                                    RG_0305

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT COURT | ORDER DENYING/GRANTING MOTION | Case No. 05-10897 |
|---|---|---|

THE PEOPLE OF THE STATE OF MICHIGAN

vs.

_Kobeay Swafford_
*Defendant*

At a Session of Said Court held in The Frank Murphy Hall of Justice

At Detroit in Wayne County on _____JAN 26 2006_____

PRESENT: Honorable __Hon. Michael M. Hathaway__
*Judge*

A Motion for _Motion to Dismiss Pursuant to Interstate Agreement on Detainers MCL 78040_ having been made by People/Defendant; and the People/Defendant having opposed it; and the Court having heard the argument and reviewed the briefs and the records in the cause and being fully advised in the premises;

**IT IS ORDERED THAT** _Same - CASE DISMISSED FOR REASONS STATED ON RECORD_

is hereby ___ denied. _X_ granted.

_[signature]_
*Judge*

**ORDER DENYING/GRANTING MOTION**

FORM #7

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

| | | |
|---|---|---|
| State of Michigan vs. Kobeay Quran Swafford | § § § § § § § § § | **Location:** **Criminal Division**<br>**Judicial Officer:** **Hathaway, Michael M.**<br>**Filed on:** **10/27/2005**<br>**Case Number History:** **04058995-01**<br>**04409034-01**<br>**Case Tracking Number:** **04409034-01**<br>**CRISNET/Incident No.:** **04-113** |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Capital Felonies** |
|---|---|---|---|---|---|
| 1. Homicide - Murder First Degree - Premeditated | 750316-A | . | 04/12/2004 | Case Status: | **01/08/2008 Final** |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 2. Assault With Intent to Murder | 75083 | . | 04/12/2004 | Case Flags: | **Multiple Dispositions - Case** |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | **Data Needs Verification** |
| 3. Weapons Felony Firearm | 750227B-A | . | 04/12/2004 | | **SCAO Data Review** |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 4. Homicide - Murder First Degree - Premeditated | 750316-A | . | 04/12/2004 | | |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 5. Assault With Intent to Murder | 75083 | . | 04/12/2004 | | |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 6. Weapons Felony Firearm | 750227B-A | . | 04/12/2004 | | |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |

**Statistical Closures**
09/12/2007    Jury Verdict
01/26/2006    Dismissed by Court

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **State of Michigan** | **Bernacki, Frank J.**<br>(734) 455-5409(W) |
| **Defendant** | **Swafford, Kobeay Quran**<br>*Black Male*<br>*SID: MI2612580T*<br>*Other Agency Number: 620242 Detroit Police Identification Number* | **Daly, Craig A.**<br>*Court Appointed*<br>(248) 439-0132(W) |
| **Appellate Attorney** | **Bunting, Lawrence J.** | |
| | **Daly, Craig A.** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/12/2004 | Recommendation for Warrant | |
| 04/13/2004 | Warrant Signed | |
| 10/06/2005 | **Arraignment On Warrant** (Judicial Officer: Barthwell, Sidney, Jr.)<br>Resource: Court Rpt/Rec 3001 Culver, Deborah<br>*Held* | |
| 10/06/2005 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>3. Weapons Felony Firearm<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>1. Homicide - Murder First Degree - Premeditated<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>2. Assault With Intent to Murder | |



CONFIDENTIAL

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

Defendant Stand Mute: Plea of Not Guilty Entered by Court

| | |
|---|---|
| 10/06/2005 | **Interim Condition for Swafford, Kobeay Quran** (Judicial Officer: Barthwell, Sidney, Jr.)<br>- Remand |
| 10/18/2005 | **Preliminary Exam** (Judicial Officer: O'Banner-Owens, Jeanette)<br>Resource: Court Rpt/Rec 3098 Tomasi, Beth<br>*Adjourned:At The Request Of The Prosecution* |
| 10/18/2005 | Motion for a Continuance Filed/Signed |
| 10/18/2005 | Signed And Filed |
| 10/27/2005 | **Preliminary Exam** (Judicial Officer: O'Banner-Owens, Jeanette)<br>Resource: Court Rpt/Rec 3098 Tomasi, Beth<br>*Held: Bound Over* |
| 10/27/2005 | Bound Over |
| 10/27/2005 | Motion To Assign Counsel Filed/Signed |
| 10/31/2005 | Trial Docket |
| 10/31/2005 | Filed |
| 10/31/2005 | Case Assignment to AOI Docket |
| 11/03/2005 | **Arraignment On Information** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*Held* |
| 11/03/2005 | **Calendar Conference** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*Held* |
| 11/03/2005 | **Disposition Conference** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*Held* |
| 12/08/2005 | **Final Conference** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*Held* |
| 12/20/2005 | Motion To Dismiss For Failure To Proceed In A Timely Manner |
| 12/20/2005 | Filed |
| 01/13/2006 | **Motion Hearing** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 2931 Sanders, Betty<br>*Adjourned:At The Request Of The Prosecution* |
| 01/19/2006 | **Motion Hearing** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 2931 Sanders, Betty<br>*Adjourned:At The Request Of The Defense* |
| 01/26/2006 | **Final Conference** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 2931 Sanders, Betty |





CONFIDENTIAL

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE No. 05-010897-01-FC

|            |                                                                                                  |
|------------|--------------------------------------------------------------------------------------------------|
|            | *Continued to 01/24/2006 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran*        |
|            | *Continued to 01/26/2006 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran*        |
|            | *Held*                                                                                           |
| 01/26/2006 | Case Dismissed - Order Signed and Filed                                                          |
| 01/26/2006 | Motion To Dismiss For Failure To Proceed In A Timely Manner                                      |
| 01/26/2006 | Heard And Granted                                                                                |
| 02/15/2006 | Claim Of Appeal (Circuit)                                                                        |
| 02/15/2006 | Filed                                                                                            |
| 02/15/2006 | Notice Of Filing Claim Of Appeal By The Prosecutor (Circuit)                                     |
| 02/15/2006 | Filed                                                                                            |
| 02/28/2006 | Transcript Of Arraignment On Information                                                         |
| 02/28/2006 | Filed                                                                                            |
| 02/28/2006 | Transcript                                                                                       |
| 02/28/2006 | Filed                                                                                            |
| 03/22/2006 | Appellate Counsel Appointed Signed and Filed                                                     |
| 03/22/2006 | Filed                                                                                            |

| 03/27/2007 | Appellate Court Decision; Reverses Lower Court |
|------------|------------------------------------------------|
|            | *The IAD does not apply to a person who is incarcerated, but is not actually serving a term of imprisonment, e.g., a person in jail pending trial or a parolee awaiting revocation. Monasterski, supra at 653; People v Wilden (On Rehearing), 197 Mich App 533, 539; 496 NW2d 801 (1992). Thus, a detainer filed against a jail inmate before he begins serving a prison sentence is insufficient to implicate the IAD. Monasterski, supra; Wilden, supra. Accord Bruce v State, 998 SW2d 91, 94 (Mo App, 1999). Because the IAD was not implicated when the detainer was filed, the trial court abused its discretion in dismissing the charges for a violation of the IAD. Reversed and remanded. We do not retain jurisdiction* |

| 04/06/2007 | Pre-Trial (Judicial Officer: Hathaway, Michael M.) |
|------------|-----------------------------------------------------|
|            | Resource: Court Rpt/Rec  5914  Varner, Kelly |
|            | *Continued to 04/06/2007 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran* |
|            | *Held* |

| 04/06/2007 | **Interim Condition for Swafford, Kobeay Quran** (Judicial Officer: Hathaway, Michael M.) - Remand |
|------------|----------------------------------------------------------------------------------------------------|

| 05/11/2007 | **Final Conference** (Judicial Officer: Hathaway, Michael M.) |
|------------|--------------------------------------------------------------|
|            | Resource: Court Rpt/Rec  5914  Varner, Kelly |
|            | *Held* |

| 07/12/2007 | **Pre-Trial** (Judicial Officer: Hathaway, Michael M.) |
|------------|--------------------------------------------------------|
|            | Resource: Court Rpt/Rec  5914  Varner, Kelly |
|            | *Held* |

CONFIDENTIAL



CONFIDENTIAL

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

| | |
|---|---|
| 07/30/2007 | *CANCELED* **Jury Trial** <br> *Case Disposed/Order Previously Entered* <br> *Not Held And/Or Disposed* |
| 08/10/2007 | **Final Conference** (Judicial Officer: Hathaway, Michael M.) <br> Resource: Court Rpt/Rec  5914  Varner, Kelly <br> *Adjourned:At The Request Of The Prosecution* |
| 08/28/2007 | **Final Conference** (Judicial Officer: Hathaway, Michael M.) <br> Resource: Court Rpt/Rec  5914  Varner, Kelly <br> *Continued to 08/28/2007 - Adjourned at the Request Of the Court - Swafford, Kobeay Quran* <br> *Held* |
| 08/28/2007 | **Motion Hearing** (Judicial Officer: Hathaway, Michael M.) <br> Resource: Court Rpt/Rec  5914  Varner, Kelly <br> *Held* |
| 08/28/2007 | Motion To Dismiss The Case |
| 08/28/2007 | Denied - Order Signed and Filed |
| 09/10/2007 | **Jury Trial** (Judicial Officer: Hathaway, Michael M.) <br> Resource: Court Rpt/Rec  5914  Varner, Kelly <br> *In Progress* |
| 09/10/2007 | Motion To Withdraw As Attorney |
| 09/10/2007 | Denied - Order Signed and Filed |
| 09/11/2007 | **Jury Trial** (Judicial Officer: Hathaway, Michael M.) <br> Resource: Court Rpt/Rec  5914  Varner, Kelly <br> *In Progress* |
| 09/12/2007 | **Jury Trial** (Judicial Officer: Hathaway, Michael M.) <br> Resource: Court Rpt/Rec  CR9999  NOT ON RECORD <br> Resource: Court Rpt/Rec  5914  Varner, Kelly <br> *Held* |
| 09/12/2007 | **Disposition** (Judicial Officer: Hathaway, Michael M.) <br> 3.  Weapons Felony Firearm <br>     Dismissed <br> 6.  Weapons Felony Firearm <br>     Found Guilty by Jury <br> 1.  Homicide - Murder First Degree - Premeditated <br>     Dismissed <br> 4.  Homicide - Murder First Degree - Premeditated <br>     Found Guilty by Jury <br> 2.  Assault With Intent to Murder <br>     Dismissed <br> 5.  Assault With Intent to Murder <br>     Found Guilty by Jury |
| 09/12/2007 | Found Guilty By Jury (Judicial Officer: Hathaway, Michael M. ) |
| 09/12/2007 | Order For DNA Sample - Signed and Filed |





CONFIDENTIAL

RG_0314

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

| | |
|---|---|
| 09/12/2007 | Signed And Filed |
| 09/12/2007 | Motion For A Directed Verdict Of Not Guilty |
| 09/12/2007 | Heard And Denied |

09/27/2007    **Sentencing** (Judicial Officer: Hathaway, Michael M.)
     Resource: Court Rpt/Rec  5914  Varner, Kelly
     *Held*

09/27/2007    **Sentence** (Judicial Officer: Hathaway, Michael M.)
     6. Weapons Felony Firearm
       Prison Sentence
       Condition - Adult:
         1. Adult Criminal Sentence, 176DCR, 09/27/2007, Active 09/27/2007
       State Confinement:
         Agency: Michigan Department of Corrections
         Effective 9/27/2007
         Term: 2 Yr 0 Mo 0 Days to 2 Yr 0 Mo 0 Days
     4. Homicide - Murder First Degree - Premeditated
       Prison Sentence
       Condition - Adult:
         1. Adult Criminal Sentence, CONCUR AND CONSEC, 09/27/2007, Active 09/27/2007
     5. Assault With Intent to Murder
       Prison Sentence
       Condition - Adult:
         1. Adult Criminal Sentence, CONC AND CONSEC, 09/27/2007, Active 09/27/2007
       SGL Range (Minimum 135 Months, Maximum 225 Months)
       State Confinement:
         Agency: Michigan Department of Corrections
         Effective 9/27/2007
         Term: 15 Yr 0 Mo 0 Days to 30 Yr 0 Mo 0 Days

09/28/2007    **Post Conviction** (Judicial Officer: Hathaway, Michael M.)
     Resource: Court Rpt/Rec  5914  Varner, Kelly
     *Held*

09/28/2007    Motion To Assign Counsel Filed/Signed

10/12/2007    **Post Conviction** (Judicial Officer: Hathaway, Michael M.)
     Resource: Court Rpt/Rec  5265  Allen, Sean
     *In Progress*

11/05/2007    Motion
     *For Stay of Proceedings*

11/05/2007    Motion/Request Not Requiring Hearing For

04/03/2008    Motion To Reconsider

04/10/2009    Order Signed and Filed (Judicial Officer: Boykin, Ulysses W. )
     *IT IS HEREBY ORDERED that the Defendant shall be released from custody forthwith.*

01/07/2010    Order Signed and Filed (Judicial Officer: Ewell, Edward, Jr. )
     *It is ordered that defense counsel be awarded extraordinary fees of $23,663.97.*

---

**FINANCIAL INFORMATION**

No Financial Information Exists

---

CONFIDENTIAL

RG_0315
*Printed on 01/04/2022 at 2:26 PM*



RG_0316

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS

## CASE NO. 05-010897-01-FC





CONFIDENTIAL

RG_0318



PAGE 1 OF 5

## APPLICANT DISPUTE FORM

We prepared a tenant screening report about you at the request of a property where you recently submitted a rental application. If you believe that any of the **CREDIT**, **RENTAL HISTORY**, **CRIMINAL** or **CIVIL COURT** information reported about you was inaccurate or incomplete **at the time you were screened**, please use this form to start a dispute.

## INSTRUCTIONS

📥 Save, then complete and submit this form, your identification, and any supporting documents to RentGrow.

**IMPORTANT! Update your Adobe® Reader software.** To submit this form securely through email, you must be using the latest Adobe® Reader software available at https://get.adobe.com/reader/ or **your information may not be received.**

You may only complete this dispute form on behalf of yourself (or as otherwise required by law). Complete the DISPUTE SECTION(S) **that apply to you.**
1. Credit and Rental History Disputes, complete Section 1.
2. Criminal Records Disputes, complete Section 2.
3. Civil Court Records Disputes, complete Section 3.

**PLEASE INCLUDE A LEGIBLE COPY OF YOUR CURRENT, VALID GOVERNMENT-ISSUED IDENTIFICATION (such as a state ID card or driver's license) and any documents that you would like to provide that support your dispute. Please DO NOT mail any originals.**

### PERSONAL INFORMATION

Please complete this section using your full legal name. The **more information** that you provide, the faster we can process your dispute.

| | |
|---|---|
| First Name: | Kobeay |
| Middle Name: | Quran ☐ No Middle name |
| Last Name: | Swafford |
| Suffix (SR, JR, III): | |
| Current Mailing Address: | 408 Carliegh Jean Lane |
| Apt/Unit: | 19 |
| City: | Oak Grove |
| State: | KENTUCKY |
| Zip: | 42262 |
| Email: | kobeayswafford424@gmail.com |

*To get you the results of your dispute investigation as fast as possible, if you provided an email address RentGrow will email the results to you whenever possible. By providing your email address you consent to receiving your results, any required disclosures, and your report by email. If you prefer to receive your results by **regular mail**, please check here:* ○

| | |
|---|---|
| Telephone Number: | 2703051111  Ext: |
| Social Sec. No. (Last 4): | 1160 |
| Date of Birth: | 9-7-1974 |

### APPLICATION INFORMATION

Please enter the **name of the property** and the **date** you applied for an apartment.

| | |
|---|---|
| Property Applied to: | Evansville Housing Authority |
| Date Applied: | 8-7-2023 |



---

## DISPUTES SECTIONS

### SECTION 1:
### CREDIT OR RENTAL HISTORY

**\*IDENTITY THEFT**
If your dispute is based on Identity Theft, you must also submit a copy of an **Identity Theft Report** (such as a police report; FTC report; or other report with an investigative agency).

The report must specifically identify the information on your screening report that you are disputing (such as specific credit items; specific criminal records; specific civil records; specific rental history records; etc.)

Please note, we cannot process an identity theft dispute without all of this information.

**1st Disputed Credit or Rental History Item:**

Reason:
○ Account paid in full prior to the date of my screening report
○ Not me
○ Identity theft      ☐ I have included all the required identity theft documentation (see sidebar)*
○ Other (please explain in detail):

**2nd Disputed Credit or Rental History Item:**

Reason:
○ Account paid in full prior to the date of my screening report
○ Not me
○ Identity theft      ☐ I have included all the required identity theft documentation (see sidebar)*
○ Other (please explain in detail):

**3rd Disputed Credit or Rental History Item:**

Reason:
○ Account paid in full prior to the date of my screening report
○ Not me
○ Identity theft      ☐ I have included all the required identity theft documentation (see sidebar)*
○ Other (please explain in detail):

**4th Disputed Credit or Rental History Item:**

Reason:
○ Account paid in full prior to the date of my screening report
○ Not me
○ Identity theft      ☐ I have included all the required identity theft documentation (see sidebar)*
○ Other (please explain in detail):

# RentGrow

| | |
|---|---|
| **SECTION 2:**<br>**CRIMINAL RECORDS** | **1st Disputed Criminal Record — Offense or Case No.:** |

**1st Disputed Criminal Record — Offense or Case No.:**

05-010897-01

Reason:
- ⦿ This record does belong to me, but the charges were: ⦿ Dismissed ○ Expunged ○ Sealed
- ○ Felony was reduced to a misdemeanor
- ○ Felony was reduced to a misdemeanor AND the offense was changed to:

Offense: _____

- ○ This record does not belong to me
- ○ Identity Theft    ☐ I have included all the required identity theft documentation (see sidebar)*
- ○ Other (please explain in detail):

_____

**\*IDENTITY THEFT**
If your dispute is based on Identity Theft, you must also submit a copy of an **Identity Theft Report** (such as a police report; FTC report; or other report with an investigative agency).

The report must specifically identify the information on your screening report that you are disputing (such as specific credit items; specific criminal records; specific civil records; specific rental history records; etc.)

Please note, we cannot process an identity theft dispute without all of this information.

**2nd Disputed Criminal Record — Offense or Case No.:**

_____

Reason:
- ○ This record does belong to me, but the charges were: ○ Dismissed ○ Expunged ○ Sealed
- ○ Felony was reduced to a misdemeanor
- ○ Felony was reduced to a misdemeanor AND the offense was changed to:

Offense: _____

- ○ This record does not belong to me
- ○ Identity Theft    ☐ I have included all the required identity theft documentation (see sidebar)*
- ○ Other (please explain in detail):

_____

**3rd Disputed Criminal Record — Offense or Case No.:**

_____

Reason:
- ○ This record does belong to me, but the charges were: ○ Dismissed ○ Expunged ○ Sealed
- ○ Felony was reduced to a misdemeanor
- ○ Felony was reduced to a misdemeanor AND the offense was changed to:

Offense: _____

- ○ This record does not belong to me
- ○ Identity Theft    ☐ I have included all the required identity theft documentation (see sidebar)*
- ○ Other (please explain in detail):

_____

# RentGrow

**SECTION 3:**
**CIVIL COURT RECORDS**

**\*IDENTITY THEFT**
If your dispute is based on Identity Theft, you must also submit a copy of an **Identity Theft Report** (such as a police report; FTC report; or other report with an investigative agency).

The report must specifically identify the information on your screening report that you are disputing (such as specific credit items; specific criminal records; specific civil records; specific rental history records; etc.)

Please note, we cannot process an identity theft dispute without all of this information.

---

1st Disputed Civil Court Record — Case No.:

Reason:
- ○ This record belongs to me, but it is in connection with a mortgage, not a lease
- ○ This case was dismissed
- ○ The judgment was paid or satisfied
- ○ This record does not belong to me
- ○ Identity Theft   ☐ I have included all the required identity theft documentation (see sidebar)\*
- ○ Other (please explain in detail):

---

2nd Disputed Civil Court Record — Case No.:

Reason:
- ○ This record belongs to me, but it is in connection with a mortgage, not a lease
- ○ This case was dismissed
- ○ The judgment was paid or satisfied
- ○ This record does not belong to me
- ○ Identity Theft   ☐ I have included all the required identity theft documentation (see sidebar)\*
- ○ Other (please explain in detail):

---

3rd Disputed Civil Court Record — Case No.:

Reason:
- ○ This record belongs to me, but it is in connection with a mortgage, not a lease
- ○ This case was dismissed
- ○ The judgment was paid or satisfied
- ○ This record does not belong to me
- ○ Identity Theft   ☐ I have included all the required identity theft documentation (see sidebar)\*
- ○ Other (please explain in detail):

# RentGrow

| **SECTION 3:** (CONT.)<br>**CIVIL COURT RECORDS** | **4th Disputed Civil Court Record — Case No.:** |
| :-- | :-- |

**Reason:**
- ○ This record belongs to me, but it is in connection with a mortgage, not a lease.
- ○ This case was dismissed.
- ○ The judgment was paid or satisfied.
- ○ This record does not belong to me.
- ○ Identity Theft    ☐ I have included all the required identity theft documentation (see sidebar)*
- ○ Other (please explain in detail):

**\*IDENTITY THEFT**
If your dispute is based on Identity Theft, you must also submit a copy of an **Identity Theft Report** (such as a police report; FTC report; or other report with an investigative agency).

The report must specifically identify the information on your screening report that you are disputing (such as specific credit items; specific criminal records; specific civil records; specific rental history records; etc.)

Please note, we cannot process an identity theft dispute without all of this information.

## YOUR WRITTEN ACKNOWLEDGMENT (REQUIRED)

By submitting this form, I acknowledge and confirm that this is my written request to initiate a dispute, that I am initiating this dispute on my own behalf, and that the information I have provided is true and correct to the best of my knowledge. Additionally, I confirm that if I am disputing information because of identity theft, the information I am disputing does not belong to me.

Submit this request, **along with a legible copy of your current, valid government-issued identification (such as a state ID card or driver's license)** and any documents that support your dispute by one of the following methods. Please do NOT mail any originals.

| **Email:** | **Mail:** | **Fax:** |
| :-- | :-- | :-- |
| information@rentgrow.com | RentGrow Consumer Relations<br>177 Huntington Avenue, STE 1703 #74213<br>Boston, MA 02115-3153 | (781) 583-5112 |

Full Name: `Kobeay Quran Swafford`

Social Security No. (last 4): `1160`

Date: `8-30-2023`

**SUBMIT**

---

**FOR OFFICE USE ONLY**

**VERBAL ACKNOWLEDGMENT**
"Do you acknowledge and confirm that you are submitting this dispute on your own behalf by telephone, that the information you provided to me today is true and correct to the best of your knowledge, and that any information that you are disputing based on a claim of identity theft does not relate to you or any transactions that you initiated?"  ○ Yes  ○ No

CR-INIT [        ]    Date [        ]    Time [        ]



# Kentucky
*UNBRIDLED SPIRIT*

024-0

VETERAN

**DRIVER'S LICENSE**
**NOT FOR FEDERAL IDENTIFICATION**

4d Lic. No. **S20-357-801**
4b Exp **10-08-2024**
3 DOB **09-07-1974**

DL
www.kentucky.gov

1 **SWAFFORD**
2 **KOBEAY QURAN**
8 **408 CARLEIGH JEAN WAY LOT 19**
**OAK GROVE, KY 42262**

**CHRISTIAN COUNTY**

15 Sex **M**
16 Hgt **5-08**
18 Eyes **BRO**  9 Class **D**

12 Restrictions **NONE**
5 DD **4410463284315970**  ORI
CDL Restr **NONE**

Circuit Clerk
*Paige Parker*

9a End **NONE**  REV:
4a Iss **09-30-2020**  03-16-2012

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | DOCUMENT CERTIFICATION | CASE NO. 05-010897-01-FC |
| --- | --- | --- |

ORI MI-    821095J    Court address    1441 St. Antoine – Detroit, MI 48226    Courtroom    Court Telephone No.    313-224-2417

STATE OF MICHIGAN
COUNTY OF WAYNE,            }  §
CITY OF DETROIT

I,    CATHY M. GARRETT                                        , Clerk of the Third Judicial Circuit Court
do hereby certify that the foregoing is currently taken and copied from the original record in the case of
People vs.    Kobeay Quran Swafford                    CASE NO.    05-010897-01-FC
now remaining in my office, and of record in said Court, and that the same has been examined and compared by me with the
original of said record in said cause, and that it is a correct transcript there from, and of the whole of such original record.

In Testimony Whereof, I have hereunto set my hand and affixed

the seal of said Court, this    4th

day of    January                        in the year two

thousand and        twenty two



                                Cathy M. Garrett    Clerk
Per
NeCoiya Darden                        / Deputy Clerk

1500-3CC  (08/2007)  Document Certification

CONFIDENTIAL                                                            RG_0426

Canary - Prosecutor  Gold-Defendant's Attorney

Approved, SCAO

| STATE OF MICHIGAN THIRD JUDICIAL COURT CRIMINAL DIVISION | ORDER OF ACQUITTAL/DISMISSAL OR REMAND | CASE NO. OS-10897 |
|---|---|---|

ORI MI-

Court Address

Court Telephone Number

| THE PEOPLE OF | ☐ The State of Michigan ☐ _____ | v | Defendant's name, address, and telephone no. Kobeay Swafford |
|---|---|---|---|

| | | CTN | SID | DOB 9-7-74 |
|---|---|---|---|---|

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| 1 | Murder 1 | 750316-A |
| 2 | AWIM | 75083 |
| 3 | Felony firearm | 750227B-A |

**IT IS ORDERED:**

☐ 1. The case is dismissed on the motion of the court ☒ with ☐ without prejudice.

☐ 2. The defendant's motion for dismissal is granted ☐ with ☐ without prejudice and the case is dismissed.

☐ 3. The defendant's motion for dismissal is granted in part ☐ with ☐ without prejudice and the following charge(s)

is/are dismissed: _____

_____

☐ 4. Defendant is acquitted on all charge(s) in this case after trial by ☐ judge ☐ jury.

☐ 5. Defendant is acquitted after trial by ☐ judge ☐ jury only on the following charge(s):

_____

_____

☐ 6. Defendant shall be immediately discharged from confinement in this case.

☐ 7. Bond is canceled and shall be returned after costs are deducted.

☐ 8. Bond/bail is continued on the remaining charge(s).

☐ 9. The case is remanded to the _____ district court for further proceedings for the following reasons:

1/26/06

Date

Judge

14744

Bar No.

If item 1, 2, or 4 is checked, the clerk of the court shall send a photocopy of this order to the Michigan State Police Central Records Division to create a criminal history record as required under MCL 769. 16a.

MC 262 (3/03) s/s **'ORDER OF ACQUITTAL/DISMISSAL OR REMAND**

CONFIDENTIAL

RG_0427

| STATE OF MICHIGAN<br>THIRD JUDICIAL<br>CIRCUIT COURT | ORDER<br>DENYING/GRANTING<br>MOTION | Case No.<br>05-10897 |
|---|---|---|

THE PEOPLE OF THE STATE OF MICHIGAN

vs.

Kobeay Swafford

*Defendant*

At a Session of Said Court held in The Frank Murphy Hall of Justice

At Detroit in Wayne County on _____ JAN 26 2006

PRESENT: Honorable ___ Hon. Michael M. Hathaway
*Judge*

A Motion for Motion to Dismiss Pursuant to Interstate Agreement on Detainers MCL 780.60 having been made by People/Defendant; and the People/Defendant having opposed it; and the Court having heard the argument and reviewed the briefs and the records in the cause and being fully advised in the premises;

IT IS ORDERED THAT _____ Same - CASE DISMISSED For Reasons Stated On Record

is hereby ___ denied. X granted.

_____
*Judge*

ORDER DENYING/GRANTING MOTION

FORM #7

CONFIDENTIAL                                    RG_0428

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

State of Michigan vs. Kobeay Quran Swafford

§
§
§
§
§
§
§

Location: **Criminal Division**
Judicial Officer: **Hathaway, Michael M.**
Filed on: **10/27/2005**
Case Number History: **04058995-01**
**04409034-01**
Case Tracking Number: **04409034-01**
CRISNET/Incident No.: **04-113**

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Capital Felonies |
|---|---|---|---|---|---|
| 1. Homicide - Murder First Degree - Premeditated | 750316-A | . | 04/12/2004 | Case Status: | 01/08/2008  Final |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 2. Assault With Intent to Murder | 75083 | . | 04/12/2004 | Case Flags: | Multiple Dispositions - Case Data Needs Verificiation |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | SCAO Data Review |
| 3. Weapons Felony Firearm | 750227B-A | . | 04/12/2004 | | |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 4. Homicide - Murder First Degree - Premeditated | 750316-A | . | 04/12/2004 | | |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 5. Assault With Intent to Murder | 75083 | . | 04/12/2004 | | |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |
| 6. Weapons Felony Firearm | 750227B-A | . | 04/12/2004 | | |
| Arrest: | DPHOM - Detroit Pd Homicide | | | | |

**Statistical Closures**

09/12/2007    Jury Verdict
01/26/2006    Dismissed by Court

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | State of Michigan | Bernacki, Frank J. (734) 455-5409(W) |
| Defendant | Swafford, Kobeay Quran<br>*Black Male*<br>*SID: MI2612580T*<br>*Other Agency Number: 620242 Detroit Police Identification Number* | Daly, Craig A. *Court Appointed* (248) 439-0132(W) |
| Appellate Attorney | Bunting, Lawrence J. | |
| | Daly, Craig A. | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/12/2004 | Recommendation for Warrant | |
| 04/13/2004 | Warrant Signed | |
| 10/06/2005 | **Arraignment On Warrant** (Judicial Officer: Barthwell, Sidney, Jr.)<br>Resource: Court Rpt/Rec 3001 Culver, Deborah<br>*Held* | |
| 10/06/2005 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>3. Weapons Felony Firearm<br>    Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>1. Homicide - Murder First Degree - Premeditated<br>    Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>2. Assault With Intent to Murder | |

CONFIDENTIAL

RG_0429
*Printed on 01/04/2022 at 2:26 PM*



CONFIDENTIAL                                                                          RG_0430

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

Defendant Stand Mute: Plea of Not Guilty Entered by Court

| | |
|---|---|
| 10/06/2005 | **Interim Condition for Swafford, Kobeay Quran** (Judicial Officer: Barthwell, Sidney, Jr.) - Remand |
| 10/18/2005 | **Preliminary Exam** (Judicial Officer: O'Banner-Owens, Jeanette) Resource: Court Rpt/Rec 3098 Tomasi, Beth *Adjourned:At The Request Of The Prosecution* |
| 10/18/2005 | Motion for a Continuance Filed/Signed |
| 10/18/2005 | Signed And Filed |
| 10/27/2005 | **Preliminary Exam** (Judicial Officer: O'Banner-Owens, Jeanette) Resource: Court Rpt/Rec 3098 Tomasi, Beth *Held: Bound Over* |
| 10/27/2005 | Bound Over |
| 10/27/2005 | Motion To Assign Counsel Filed/Signed |
| 10/31/2005 | Trial Docket |
| 10/31/2005 | Filed |
| 10/31/2005 | Case Assignment to AOI Docket |
| 11/03/2005 | **Arraignment On Information** (Judicial Officer: Hathaway, Michael M.) Resource: Court Rpt/Rec 5914 Varner, Kelly *Held* |
| 11/03/2005 | **Calendar Conference** (Judicial Officer: Hathaway, Michael M.) Resource: Court Rpt/Rec 5914 Varner, Kelly *Held* |
| 11/03/2005 | **Disposition Conference** (Judicial Officer: Hathaway, Michael M.) Resource: Court Rpt/Rec 5914 Varner, Kelly *Held* |
| 12/08/2005 | **Final Conference** (Judicial Officer: Hathaway, Michael M.) Resource: Court Rpt/Rec 5914 Varner, Kelly *Held* |
| 12/20/2005 | Motion To Dismiss For Failure To Proceed In A Timely Manner |
| 12/20/2005 | Filed |
| 01/13/2006 | **Motion Hearing** (Judicial Officer: Hathaway, Michael M.) Resource: Court Rpt/Rec 2931 Sanders, Betty *Adjourned:At The Request Of The Prosecution* |
| 01/19/2006 | **Motion Hearing** (Judicial Officer: Hathaway, Michael M.) Resource: Court Rpt/Rec 2931 Sanders, Betty *Adjourned:At The Request Of The Defense* |
| 01/26/2006 | **Final Conference** (Judicial Officer: Hathaway, Michael M.) Resource: Court Rpt/Rec 2931 Sanders, Betty |



# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

Continued to 01/24/2006 - Adjourned at the Request Of the
Court - Swafford, Kobeay Quran
Continued to 01/26/2006 - Adjourned at the Request Of the
Court - Swafford, Kobeay Quran

Held

| | |
|---|---|
| 01/26/2006 | Case Dismissed - Order Signed and Filed |
| 01/26/2006 | Motion To Dismiss For Failure To Proceed In A Timely Manner |
| 01/26/2006 | Heard And Granted |
| 02/15/2006 | Claim Of Appeal (Circuit) |
| 02/15/2006 | Filed |
| 02/15/2006 | Notice Of Filing Claim Of Appeal By The Prosecutor (Circuit) |
| 02/15/2006 | Filed |
| 02/28/2006 | Transcript Of Arraignment On Information |
| 02/28/2006 | Filed |
| 02/28/2006 | Transcript |
| 02/28/2006 | Filed |
| 03/22/2006 | Appellate Counsel Appointed Signed and Filed |
| 03/22/2006 | Filed |

03/27/2007    Appellate Court Decision; Reverses Lower Court
*The IAD does not apply to a person who is incarcerated, but is not actually serving a term of imprisonment, e.g., a person in jail pending trial or a parolee awaiting revocation. Monasterski, supra at 653: People v Wilden (On Rehearing), 197 Mich App 533, 539; 496 NW2d 801 (1992). Thus, a detainer filed against a jail inmate before he begins serving a prison sentence is insufficient to implicate the IAD. Monasterski, supra; Wilden, supra. Accord Bruce v State, 998 SW2d 91, 94 (Mo App, 1999). Because the IAD was not implicated when the detainer was filed, the trial court abused its discretion in dismissing the charges for a violation of the IAD. Reversed and remanded. We do not retain jurisdiction*

04/06/2007    **Pre-Trial** (Judicial Officer: Hathaway, Michael M.)
Resource: Court Rpt/Rec 5914 Varner, Kelly
Continued to 04/06/2007 - Adjourned at the Request Of the
Court - Swafford, Kobeay Quran
Held

04/06/2007    **Interim Condition for Swafford, Kobeay Quran** (Judicial Officer: Hathaway, Michael M.)
- Remand

05/11/2007    **Final Conference** (Judicial Officer: Hathaway, Michael M.)
Resource: Court Rpt/Rec 5914 Varner, Kelly
Held

07/12/2007    **Pre-Trial** (Judicial Officer: Hathaway, Michael M.)
Resource: Court Rpt/Rec 5914 Varner, Kelly
Held



CONFIDENTIAL

RG_0434

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
### CASE NO. 05-010897-01-FC

| | |
|---|---|
| 07/30/2007 | **CANCELED Jury Trial**<br>*Case Disposed/Order Previously Entered*<br>*Not Held And/Or Disposed* |
| 08/10/2007 | **Final Conference** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*Adjourned:At The Request Of The Prosecution* |
| 08/28/2007 | **Final Conference** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br><span style="text-align:right">Continued to 08/28/2007 - Adjourned at the Request Of the<br>Court - Swafford, Kobeay Quran</span><br>*Held* |
| 08/28/2007 | **Motion Hearing** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*Held* |
| 08/28/2007 | Motion To Dismiss The Case |
| 08/28/2007 | Denied - Order Signed and Filed |
| 09/10/2007 | **Jury Trial** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*In Progress* |
| 09/10/2007 | Motion To Withdraw As Attorney |
| 09/10/2007 | Denied - Order Signed and Filed |
| 09/11/2007 | **Jury Trial** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*In Progress* |
| 09/12/2007 | **Jury Trial** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec CR9999 NOT ON RECORD<br>Resource: Court Rpt/Rec 5914 Varner, Kelly<br>*Held* |
| 09/12/2007 | **Disposition** (Judicial Officer: Hathaway, Michael M.)<br>3. Weapons Felony Firearm<br>   Dismissed<br>6. Weapons Felony Firearm<br>   Found Guilty by Jury<br>1. Homicide - Murder First Degree - Premeditated<br>   Dismissed<br>4. Homicide - Murder First Degree - Premeditated<br>   Found Guilty by Jury<br>2. Assault With Intent to Murder<br>   Dismissed<br>5. Assault With Intent to Murder<br>   Found Guilty by Jury |
| 09/12/2007 | Found Guilty By Jury (Judicial Officer: Hathaway, Michael M. ) |
| 09/12/2007 | Order For DNA Sample - Signed and Filed |



CONFIDENTIAL

RG_0435

PAGE 4 OF 6

*Printed on 01/04/2022 at 2:26 PM*



CONFIDENTIAL

RG_0436

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE NO. 05-010897-01-FC

| | |
|---|---|
| 09/12/2007 | Signed And Filed |
| 09/12/2007 | Motion For A Directed Verdict Of Not Guilty |
| 09/12/2007 | Heard And Denied |
| 09/27/2007 | **Sentencing** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec  5914  Varner, Kelly<br>*Held* |
| 09/27/2007 | **Sentence** (Judicial Officer: Hathaway, Michael M.)<br>6. Weapons Felony Firearm<br>   Prison Sentence<br>   Condition - Adult:<br>      1. Adult Criminal Sentence, 176DCR, 09/27/2007, Active 09/27/2007<br>   State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 9/27/2007<br>      Term: 2 Yr 0 Mo 0 Days to 2 Yr 0 Mo 0 Days<br>4. Homicide - Murder First Degree - Premeditated<br>   Prison Sentence<br>   Condition - Adult:<br>      1. Adult Criminal Sentence, CONCUR AND CONSEC, 09/27/2007, Active 09/27/2007<br>5. Assault With Intent to Murder<br>   Prison Sentence<br>   Condition - Adult:<br>      1. Adult Criminal Sentence, CONC AND CONSEC, 09/27/2007, Active 09/27/2007<br>   SGL Range (Minimum 135 Months, Maximum 225 Months)<br>   State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 9/27/2007<br>      Term: 15 Yr 0 Mo 0 Days to 30 Yr 0 Mo 0 Days |
| 09/28/2007 | **Post Conviction** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec  5914  Varner, Kelly<br>*Held* |
| 09/28/2007 | Motion To Assign Counsel Filed/Signed |
| 10/12/2007 | **Post Conviction** (Judicial Officer: Hathaway, Michael M.)<br>Resource: Court Rpt/Rec  5265  Allen, Sean<br>*In Progress* |
| 11/05/2007 | Motion<br>*For Stay of Proceedings* |
| 11/05/2007 | Motion/Request Not Requiring Hearing For |
| 04/03/2008 | Motion To Reconsider |
| 04/10/2009 | Order Signed and Filed (Judicial Officer: Boykin, Ulysses W. )<br>*IT IS HEREBY ORDERED that the Defendant shall be released from custody forthwith.* |
| 01/07/2010 | Order Signed and Filed (Judicial Officer: Ewell, Edward, Jr. )<br>*It is ordered that defense counsel be awarded extraordinary fees of $23,663.97.* |

---

**FINANCIAL INFORMATION**

---

No Financial Information Exists



RG_0438

WAYNE COUNTY CIRCUIT COURT, MICHIGAN

## REGISTER OF ACTIONS
### CASE NO. 05-010897-01-FC



Printed on 11/04/2022 at 2:26 PM



CONFIDENTIAL

RG_0440