# EXHIBIT Q

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOBEAY SWAFFORD, as an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **CASE NO.** 1:24-cv-10509-PBS ) |
| RENTGROW, INC., and DOES 1-10 inclusive, | ) ) ) |
| Defendants. | ) ) ) |

## DEPOSITION OF
DIANA SUTHERLAND

**DATE:**        Wednesday, May 7, 2025

**TIME:**        4:35 PM(et)   to   6:56 PM(et)

**REPORTER:**    Jina Jani, CSR No. 8888

## VIA REMOTE VIDEO TECHNOLOGY



INTERNATIONAL TOWER
888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017
866.432.4300

LOS ANGELES    *    SAN FRANCISCO    *    SAN DIEGO

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   KOBEAY SWAFFORD, as an      )
     individual,                 )
 5                               )
                Plaintiff,       )
 6                               )
       vs.                       ) Case No.:
 7                               ) 1:24-cv-10509-PBS
     RENTGROW, INC., and DOES    )
 8   1-10 inclusive,             )
                                 )
 9              Defendants.      )
     _____)
10

11

12

13          DEPOSITION OF DIANA SUTHERLAND

14            VIA REMOTE VIDEO TECHNOLOGY

15                  May 7, 2025

16

17

18

19

20

21

22

23   REPORTED BY:  JINA JANI, CSR NO. 8888

24   JOB NO.:  121327

25   PAGES:  1 - 98
```

1  Q.  And were the notes that you wrote down in
2  those forms reflecting the research steps that you've
3  taken, were those true and accurate summaries of the
4  steps that you took?
5  A.  If they were written there, yes, definitely.
6  Q.  Would you have ever entered notes in that
7  section of Exhibit 7 that did not reflect the steps
8  that you took?
9  A.  Never.
10  Q.  And in connection with Exhibit 7, does it
11  reflect that part of the investigation was to visit the
12  Wayne County Court website?
13  A.  Yes.
14  Q.  And for that website, would a public records
15  analyst log on to the website, view the record, and
16  determine the disposition that was being displayed on
17  the website at that time?
18  A.  Yes.
19  Q.  And here, there's a note that says "unable
20  to determine if a record has been dismissed."
21  Do you have an understanding what that would
22  mean?
23  A.  Yes.  It means I went on the website, and I
24  was unable to determine that what the consumer was
25  stating was true.  So there would need to be further

1    investigation steps at that point.
2         Q.   And do the notes reflect any further
3    investigation steps after the website was reviewed?
4         A.   Yes.  I contacted the Wayne County Court.
5         Q.   And what was the outcome of that
6    conversation with the Wayne County Court?
7         A.   I documented that I correctly confirmed that
8    this case has not been dismissed.
9         Q.   Okay.  So coming out of the dispute, is it
10   accurate to say that your research indicated that
11   neither the official court website or the County clerk,
12   based on your telephone conversation, was crediting
13   Mr. Swafford's claim that the cases had been dismissed?
14        A.   Exactly.
15        Q.   And there is a section at the end labeled
16   Results of Investigation.
17        Do you see that?
18        A.   Yes.
19        Q.   Is that the section of this form where the
20   analyst would enter the outcome of the dispute after
21   the research steps were taken?
22        A.   Yes.
23        Q.   And here, was the result of the
24   investigation that no changes were to be made to
25   Mr. Swafford's report?