# EXHIBIT T

| | |
|---|---|
| **From:** | Your Rental Application <do_not_reply@rentgrow.com> |
| **Sent:** | Tuesday, April 30, 2024 7:16 PM |
| **To:** | kobeayswafford424@gmail.com |
| **Subject:** | Your Tenant Screening Report |
| **Attachments:** | S4105_67792275_20240430_071535.pdf; Dispute_Form.pdf; RentGrow_Remedying the Effects of Identity Theft (rev080718).pdf; RentGrow_Summary of Consumer Rights Under FCRA (rev080718).pdf; Remediando los efectos del robo de identidad.pdf; Un resumen de sus derechos en virtud de la Ley de Informe Justo de Credito.pdf |

Dear Kobeay:

Thank you for contacting RentGrow, Inc. You recently requested a copy of the tenant screening information that RentGrow provided to a property where you applied.

**Attached please find the tenant screening report** you requested and other important information. The password to open the report is your last name (with the first letter capitalized) followed by your four-digit year of birth with no spaces. For example, the password for John Doe born in 1990 would be Doe1990. You do not need a password to open the other attached disclosures and information.

If you have questions about the property where you applied, please contact the property directly.

**Please visit www.rentgrow.com for help understanding your report or to submit a dispute** of information about you reported by RentGrow that you believe was inaccurate or incomplete at the time RentGrow reported it. Please note that even though the property where you applied may base its rental decision in whole or in part on information received from RentGrow, RentGrow does not make rental decisions or set tenant qualification criteria.

**If you have trouble opening your report** or the attachments please email RentGrow at information@rentgrow.com or call RentGrow toll free at (800) 898-1351 Monday through Friday from 9:00 am to 8:30 pm Eastern Time.

**\* \* Please DO NOT reply to this email.** It was sent by RentGrow from an email address that is not monitored and will not receive your reply. \* \*"

Thank you,
RentGrow Consumer Relations



Consumer Relations
68 Harrison Avenue, Suite 605 #74213 | Boston, MA 02111-1929

**NOTICE**:This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited. If you have received this message in error, please completely destroy all electronic and hard copies and promptly contact the sender by emailing information@rentgrow.com.

RG_0959